**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: 14-47617-399 |
| TESSA M NETSCHER ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 4 filed by |
| ) | CONSUMER PORTFOLIO SVCS |
| ) | Acct: 7554 |
| ) | Amount: $22,426.50 |
| **Debtor** ) | Response Due: November 10, 2014 |
| ) | |

### TRUSTEE'S OBJECTION TO CLAIM 4

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of CONSUMER PORTFOLIO SVCS dated October 02, 2014, SHOULD BE DENIED AS FILED BECAUSE THE CLAIM IS NOT ACCOMPANIED BY PROOF THAT THE SECURITY INTEREST HAS BEEN PERFECTED. THE TRUSTEE SEEKS AN ORDER DIRECTING HIM TO PAY THE CLAIM AS A GENERAL UNSECURED CLAIM.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

### NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

| | |
|---|---|
| Dated: October 20, 2014 | /s/ John V. LaBarge, Jr. |
| | John V. LaBarge, Jr. |
| OBJCLM--AC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO 63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

**14-47617 Trustee's Objection to Claim 4** 10/20/2014  Page 2

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of October 20, 2014.

                                                                   /s/ John V. LaBarge, Jr.

| | |
|---|---|
| TESSA M NETSCHER<br>621 N VIRGINIA<br>EUREKA, MO  63025 | CONSUMER PORTFOLIO SVCS<br>PO BOX 57071<br>IRVINE, CA  92619-7071 |
| LAW OFFICES OF SEAN C PAUL<br>8917 GRAVOIS RD<br>ST LOUIS, MO  63123 | |